US POSTAGE $ 000.81 PITNEY BOWES
ZIP 25186
02 4W
0000358610 OCT 18 2022

Correspondence from an
Inmate at Mount Olive, WV 25022PM 2
Correctional Complex and Jail

Southern District of West Virginia
Clerk, **Rory L. Perry II**
United States District Court
Robert C. Byrd U.S. Courthouse
300 Virginia Street East, Room 2400
Charleston, WV 25301

25301-253900

Leslie C. Arnold
OID# 3556918
1 Mountainside Way
Mt. Olive, WV 25185

MOUNT OLIVE CORRECTIONAL
COMPLEX & JAIL
OCT 1 8 2022
POST OFFICE